**Everette V. HASELDEN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 01–7098.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2003.

*ORDER*

Upon consideration of Everette B. Haselden's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

**James E. BUIE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 03–7230.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2003.

*ORDER*

Upon consideration of James E. Buie's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.